FILED - GR
July 15, 2022 2:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /7-15

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Troy L. Jones Jr. #402254

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

1:22-cv-645
Paul L. Maloney
United States District Judge

v. Sheriff Frank Baker et al.

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I. Previous Lawsuits

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   U.S. District Court - Western District

2. Is the action still pending? Yes ☒ No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision? Yes ☐ No ☐ N/A

4. Is the appeal still pending? Yes ☐ No ☐ N/A

   a. If not pending, what was the decision on appeal? N/A

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒

   If so, explain: N/A

II. Place of Present Confinement  Allegan County Jail

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

Incident occurred during arrest on Jan. 10, 2021

-1-

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Troy L. Jones Jr.**
Address **640 River St. Allegan, MI 49010**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 **Deputy ?? Koster**
Position or Title **Deputy with the Allegan County Sheriff Dept.**
Place of Employment **See above 640 River St. Allegan, MI 49010**
Address **See above**
Official and/or personal capacity? **Official and Personal Capacity**

Name of Defendant #2 **Deputy ?? MYSLIWIEC**
Position or Title **Deputy/Patrol Officer**
Place of Employment **Allegan County Sheriff Dept.**
Address **640 River St. Allegan, MI 49010**
Official and/or personal capacity? **Official and Personal**

Name of Defendant #3 **Frank Baker**
Position or Title **Sheriff**
Place of Employment **Allegan County Sheriff Dept.**
Address **640 River St. Allegan, MI 49010**
Official and/or personal capacity? **Official and Personal Capacity**

Name of Defendant #4 **Mike Larson**
Position or Title **Undersheriff**
Place of Employment **Allegan County Sheriff Dept.**
Address **640 River St. Allegan, MI 49010**
Official and/or personal capacity? **Official and Personal**

Name of Defendant #5
Position or Title
Place of Employment
Address
Official and/or personal capacity?

***Allegan County Sheriff's Dept. and the Allegan County Jail REFUSE TO PROVIDE ME WITH Dep. Koster & Dep. MYSLiwiec First Names.**

-2-

IV. Statement of Claim

State here the facts of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

On Jan. 10, 2021, I was arrested by two deputies employed by the Allegan County Sheriff's Department. Prior to arrest I had been involved in a single vehicle accident which is why the police were on scene. *NOTE - MY arrest had nothing to do with the accident. I was arrested for violation of a bond condition - NON-VIOLENT. I received injuries in the Tractor-trailer crash (I am a professional OTR truck driver). I was evaluated by Wayland EMS on scene. I refused off-site medical treatment (trip to hospital) only to stay on scene to locate my missing dog... My Furry, Surrogate, child. Upon exiting the ambulance I immediately proceeded to speak with Deputy Koster who confirmed that I had injuries from the crash. Dep. Koster also verified that I refused medical treatment so I can stay on scene to locate my dog. I was aware that I would be arrested for violation of a bond condition yet I chose to stay on scene. I then went to stand next to my wife, Diana Janes, and Deputy Everr. We were discussing my missing dog. It was at that time that Deputies Koster and Mysliwiec approached me from behind - stealthily - and each of them very aggressively, forcefully, grabbed both of my arms simultaneously. They immediately, even before announcing that I was under arrest, began wrenching my arms behind my back in an upward motion. The police report indicates that I was complying but then began yelling at them. I did raise my voice (shout) that they were hurting me and that it was causing an excru-

-3-

(Last Revised: June 2013)

IV. Statement of Claim

State here the facts of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Ciating, unbearable, pain in my right (injured) shoulder. The deputies continued to push my arms higher up, towards my shoulders, behind my back. (Remember both officers were aware - upon my exiting the ambulance - that I had a severe shoulder injury - stated in the attached police report). At this point, as stated in the police reports - due to wet debris on the ground, I lost my footing. Both deputies slammed me to the ground. Both deputies then placed their knee on the back of my knee's applying all their weight to the back of my knee's. (My right knee had also been injured in the accident). They continued to push my arms, towards my shoulders, behind my back. The excessive pressure on my right knee coupled with the overly Forceful/Aggressive wrenching of my injured right arm caused unbearable, unnecessary, pain. At that point I felt something snap in my right shoulder. The pain was so overwhelming I passed out briefly. When I regained consciousness I was cuffed using two sets of handcuffs. As stated in the police report. The only time two sets of cuffs are utilized is when a detainee is obese (I am not - I am 6'2 190lbs.) or the detainee is injured.

I cannot understand why deputies Koster and Mysliwiec felt it necessary to use such excessive and overwhelming force. I was aware that I would be arrested. I was injured. They both knew I was injured. I chose to remain on scene awaiting arrest while looking for my dog. When

-4-

(Last Revised: June 2013)

IV. Statement of Claim

State here the facts of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

they snuck up behind me and grabbed ahold of me I was standing within a few feet of Deputy Evers engaged in a peaceful, but melancholly, discussion concerning my fear regarding my missing dog - I WAS POSING NO THREAT OR AGGRESSIVE BEHAVIOR. When they forcefully grabbed me and I announced they were hurting me they became more aggressive and more forceful. Their use of excessive force exacerbated the shoulder injury causing a full tear of the rotator cuff in my right shoulder and permanent ligament and cartilage damage in my right knee. I now suffer chronic pain and loss of full function in both my right shoulder and right knee. Surgical repair will be required for both. Though even with surgical repair full function, and absence of pain, will likely not be achieved. I utilized the Allegan County Sheriffs Depts. Citizen Complaint Procedure to seek redress of this issue. I filed individual complaints on Dep. Karter and Dep. Mysliwiec. My complaints were ignored by Sheriff's Dept. Personnel, i.e. Sheriff Frank Baker and Undersheriff Mike Larson, and remain unanswered nine (9) months after filing.

Individual Actions:
    Deputy Karter's (ACSD + ACJ refuse to provide

- 5 -

IV. Statement of Claim

State here the facts of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

me with Deputies First names) actions, as previously outlined, were objectively unreasonable in light of the facts and circumstances confronting him at the time of the incident. Plaintiff also contends that Dep. Korter's actions also crossed the line, during the incident, into the realm of being Sadistic and malicious intended to cause injury and pain. Plaintiff contends that Dep. Korter violated his 4th and 8th Amendment rights. Violated my 4th Amend. right to be Free of unreasonable Seizure/ Excessive Force and 8th Amend. right to be Free of Cruel and unusual Punishment.

Deputy Mysliwiec's actions, and my claims, are identical to Deputy Korter.

Sheriff Frank Baker's - abdicated his duty to supervise and monitor use of Force deliberately permitting a pattern of excessive Force to develop and persist. Sheriff Baker has Failed to adequately train deputies and has failed to adequately investigate citizen complaints raising the issue of excessive Force. Plaintiff sues based on a violation of his 4th Amend. right to be Free From unreasonable Seizure and excessive Force.

Undersheriff Mike Larson - identical to actions of Sheriff Baker. Same 4th Amend. claim.

(Last Revised: June 2013)

V. Relief

State briefly and precisely what you want the court to do for you.

I am seeking monetary compensation in the form of Compensatory damages to cover lost wages for 3 months while I recuperate from surgery and to cover all medical costs. I am seeking punitive damages against all four defendants. I may also be seeking injunctive and/or declaratory relief. I pray for any other relief this Honorable Court deems appropriate.

July 11, 2022
Date

Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(Last Revised: June 2013)

Troy L. Jones Jr.
640 River St.
Allegan, MI 49010



GRAND RAPIDS MI
13 JUL 2022

C/o U.S. District Court - Western District of Michigan

Attn: Clerk of the Court

399 Federal Bldg.
110 Michigan St. N.W.
Grand Rapids, MI 49503

49503-230099