UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| TROY L. JONES, JR., | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:22-cv-645 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| FRANK BAKER, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved or otherwise dismissed all of the claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 11, 2023     /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge